Local Form 8 March 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
SERGIO RICARDO ROCHA ) Chapter 13
) Case No. 16-31852
Debtor(s) )

**CHAPTER 13 DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND
CERTIFICATIONS REGARDING PLAN COMPLETION, DOMESTIC SUPPORT
OBLIGATIONS, AND SECTION 522(q)**

Pursuant to 11 U.S.C. § 1328(a) the debtor makes the following certifications regarding the completion of the plan:

1. I have satisfied all plan requirements.

2. _____ I owed no Domestic Support Obligation when I filed my Chapter 13 petition, and I have not been required to pay any such obligation since then.

3. X_____ I am or have been required to pay a Domestic Support Obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my Chapter 13 petition and today.

3a. If you checked paragraph 3 above, you must provide the information below:

My current address is: __1321 Maple Shade Lane, Charlotte NC 28270__

My current employer and my employer's address: ____Self-employed realtor, same address

Debts not discharged under 11 U.S.C. § 523(a)(2) or (4): _____not applicable_____

Debts reaffirmed under 11 U.S.C. § 524(d): ____not applicable_____

4. ___X___ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), that exceeds $146,450* in value in the aggregate.

5. _____ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), that exceeds $146,450* in value in the aggregate.

6. I am entitled to receive a discharge under 11 U.S.C. § 1328.

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated: __1/16/2020__         _____/s/ Sergio Ricardo Rocha_____
                                           Debtor

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
SERGIO RICARDO ROCHA )  Chapter 13
  )  Case No. 16-31852
  Debtor(s) )

### NOTICE OF OPPORTUNITY FOR HEARING ON
### CHAPTER 13 DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND
### CERTIFICATIONS REGARDING PLAN COMPLETION, DOMESTIC SUPPORT
### OBLIGATIONS, AND SECTION 522(q)

To: [all creditors on the Court's mailing matrix]:

**PLEASE TAKE NOTICE** that the debtor has filed a Motion for Entry of Discharge and Certification Regarding Plan Completion, Domestic Support Obligations, and Section 522(q). A copy of said pleading is attached hereto.

Any objection must be filed in writing with the Bankruptcy Court and a copy served on the debtor and the attorney for the debtor within 14 days of the date of this notice. If no objections are filed and served in a timely manner, the Court will enter a discharge.

A hearing on any objections filed and served in a timely manner will be held on the ___11th___ day of __February__, 20_20_ at 10:00___ in ___Charles Jonas Federal Building, Courtroom 1-5___

401 W. Trade Street, Charlotte NC 28202_____

Date: 1/16/2020

_____/s/ Leah A. Kane_____
Leah A. Kane, Attorney for Debtor
Charlotte Center for Legal Advocacy
1431 Elizabeth Avenue
Charlotte, NC 28204
980-202-7337

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this pleading on the attorneys, creditors, and interested parties of record included on the most recent version of the Clerk of Court's mailing matrix, a copy of which is attached hereto. Non-ECF users were served by depositing a copy of same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Date:

_____/s/ Leah A. Kane_____
Attorney for Debtor

American Express
CT Corporation
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

American Express
P.O. Box 981537
El Paso, TX 79998

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amica Mutual Insurance Company
Collection Section
PO Box 9128
Providence, RI 02940-9128

Amica Mutual Insurance Company
Corporation Service Company
327 Hillsborough St.
Raleigh, NC 27603-1725

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410-8110

Bank of America
CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

CACH, LLC
4340 S. Monaco St., 2nd Floor
Denver, CO 80237-3485

Cameron D. Scott
Huneycutt Law PLLC, Substitute Trustee
PO Box 309
319 N. Central Ave
Locust, NC 28097

Capital Accounts LLC
Incorp Services
176 Mine Lake Court, Ste 100
Raleigh, NC 27615-6417

Capital One
PO Box 71083
Charlotte, NC 28272

Capital One Bank
PO Box 241833
Charlotte, NC 28272-1083

Capital One Bank USA N
15000 Capital One Dr.
Richmond, VA 23238

Capital One Bank USA NA
PO Box 85015
Richmond, VA 23285

Capital One Services LLC
Corporation Service Company
327 Hillsborogh Street
Raleigh, NC 27603

Carolinas Imaging Services, LLC
Keith A. Smith, Registered Agent
1111 Metropolitan Avenue Suite 600
Charlotte, NC 28204-3407

Chase Bank USA, N.A.
P.O. Box 15519
Wilmington, DE 19850-5519

Chase Bank USA, NA
201 N. Walnut St.
DE1-1027
Wilmington, DE 19801

Chase Card
PO Box 15298
Wilmington, DE 19850

**County Attorney Lisa A. Venturelli**
NC Child Support Enforcement
720 E. 4th Street
Suire 502
Charlotte, NC 28202

**Credit Collection Services**
725 Canton Street
Norwood, MA 02062

**Credit Management, LP**
4200 International Pkwy
Carrollton, TX 75007-1912

**Cynthia Jones**
Horack, Talley, Pharr & Lowndes, P. A.
2600 One Wells Fargo Center
301 South College Street
Charlotte, NC 28202-6006

**Dominion Law Associates**
Counsel for Capital One Bank USA N.A.
222 Central Park Avenue
Virginia Beach, VA 23462

**Eastern Account System of Connecticut,**
75 Glen Road, Suite 310
Sandy Hook, CT 06482-1170

**Horizon Eye Care, P.A.**
135 S Sharon Amity Rd
Charlotte, NC 28211

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
P.O. Box 7317
Philadelphia, PA 19101-7346

**J.A. Cambece Law Office**
200 Cummings Center
Suite 173-D
Beverly, MA 01915

**Lucia Basora**
120 Lakeheath Lane
Charlotte, NC 28270

**Midland Credit Management, Inc.**
Suite 103 3111 Camino Del Rio North
San Diego, CA 92108-5721

**Nationwide Credit, Inc.**
CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

**NC Child Support**
5800 Executive Center Drive
Suite 200
Charlotte, NC 28212

**NC Child Support Centralized Collections**
PO Box 900006
Raleigh, NC 27675-0577

**NC Department of Revenue**
Bankruptcy Unit, Dept. of Revenue
PO Box 1168
Raleigh, NC 27692-1168

**NCO Financial Systems, Inc.**
CT Corporation Systems
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

**North Carolina Department of Revenue**
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

**Northstar Location Services, LLC**
4285 Genesee Street
Cheektowaga, NY 14225-1943

**Qing M. Chen DMD**
2504 Plantation Center Drive
Matthews, NC 28105

Sardis Glen Homeowners Association
Horack Talley Pharr & Lowndes, Atty Michael H
301 S. College St., Suite 2600
Charlotte, NC 28202

Sardis Glen Townhouse Association, Inc.
Richard D. Sweyer, Registered Agent
1612 Military Cutoff Road Suite 108
Wilmington, NC 28403

Stern Recovery Services Inc
415 N Edgeworth St Ste 210
Greensboro, NC 27401

Stern Recovery Services, Inc.
Everett B. Saslow, Jr., Registered Agent
301 North Elm Street, Suite 700
Greensboro, NC 27401

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Time Warner Cable, Inc.
3347 Platt Springs Road
Attn: Recovery Support
West Columbia, SC 29170

Urology Specialists of the Carolinas PLL
Thomas H. Phillips, Registered Agent
1518 E. 3rd Street, Suite 250
Charlotte, NC 28204

Viking Collection Service Inc.
7500 Office Ridger Circle
Eden Prairie, MN 55344-3678

Wells Fargo Bank
P.O. Box 3117
Winston Salem, NC 27102

Wells Fargo Bank N.A.
Corporation Service Company
Raleigh, NC 27603

Wells Fargo Bank, N.A.
1 Home Campus
X2303-01A
Des Moines, IA 50328

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Wells Fargo Bank, N.A.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

Wells Fargo Bank, N.A.
P.O. Box 4233
Portland, OR 97208-4233

Wells Fargo Credit Card
Credit Bureau Dipute Res
PO Box 14517
Des Moines, IA 50306

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

World Omni Finance Retail
PO Box 991817
Mobile, AL 36691-8817

World Omni Financial Corp
CT Corporation System
Raleigh, NC 27615

World Omni Financial Corp. Its Successor and Assigns
c/o Weltman, Weinberg & Reis Co LPA
323 W. Lakeside Ave Suite 200
Cleveland OH 44113